664

No. 855. TOWNSEND v. UNITED STATES. April 11, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Elisha Hanson* and *Joseph A. Cantrel* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 862. WYMAN v. NEWHOUSE. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. C. Daniels* for petitioner. *Mr. Max D. Steuer* for respondent.

No. 867. BROWN-CRUMMER INVESTMENT CO., TRUSTEE, v. CITY OF HAMLIN ET AL. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. David M. Wood* and *James G. Martin* for petitioner. *Messrs. J. McAllister Stevenson* and *W. Edward Lee* for respondents.

No. 868. BLAIR v. T. W. WARNER Co. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Eli J. Blair* for petitioner. *Mr. Abbot P. Mills* for respondent.